Filed: 12/7/2021 12:39 PM
Clerk
St. Joseph County, Indiana

STATE OF INDIANA      IN THE ST. JOSEPH CIRCUIT COURT

COUNTY OF ST. JOSEPH      CAUSE NO. 71C01-2112-CT-000452

RALPH and DIANE PERRY
c/o FOLEY & SMALL
1002 E Jefferson Blvd.
South Bend, IN 46617

    Plaintiffs,

v.

ALLEGIANT AIR, LLC
c/o Corporate Service Company
135 N. Pennsylvania St., Ste. 1610
Indianapolis, IN 46204

    Defendant.

_____/

**COMPLAINT FOR DAMAGES**

COUNT I

Plaintiffs, Ralph and Diane Perry, for their claims for relief state:

1. On July 18, 2020, Ralph Perry was on the premises of the defendant, Allegiant Air, LLC at the South Bend International Airport, and fell.

2. As a proximate result of the fall, plaintiff sustained physical injuries which may be permanent and suffered and continues to suffer physical and mental pain.

3. As a proximate result of the fall, the plaintiff incurred hospital and medical expenses, lost wages and may incur such expenses and losses in the future.

4. The injuries and damages were the proximate result of the negligence of agents and/or employees of the defendant, Allegiant Air, LLC.

WHEREFORE, Ralph Perry demands judgment against the defendant in an amount that will reasonably compensate him for the injuries and damages sustained, for

the costs of this action and for all other just and proper relief in the premises and for trial by jury.

## COUNT II

Plaintiff, Diane Perry, for her claim for relief states:

1. Plaintiff, Diane Perry, re-alleges rhetorical paragraphs 1 through and including 4 of Count I of this Complaint for Damages as if fully set forth herein and by reference makes them a part of this Count II.

2. At all times material to the allegations of Count II of this Complaint her was the spouse of Plaintiff, Ralph Perry.

3. As a proximate result of the carelessness and negligence of the Defendant, plaintiff lost the services and consortium of her spouse.

WHEREFORE, Plaintiff, Diane Perry, demands judgment against the Defendant in an amount that will reasonably compensate her for the injuries and damages sustained, for the costs of this action and for all other just and proper relief in the premises and for trial by jury.

Respectfully submitted,

FOLEY & SMALL

/s/ *Ed Foley*
Edmond W. Foley (#8525-71)
1002 East Jefferson Blvd.
South Bend, IN 46617
Telephone: (574) 288-7676
Attorneys for the Plaintiff